In the Matter of the Accounting of WILLIAM J. FARRELL, as Executor of and Trustee under the Will of LEOCADIE FARRELL, Deceased, Appellant.

FRANCISCO L. FARRELL et al., Respondents.

*Matter of Farrell*, 133 App. Div. 97, affirmed.
(Argued March 28, 1910; decided April 26, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 18, 1909, which affirmed a decree of the New York

County Surrogate's Court judicially settling the accounts of the executor and trustee under the will of Leocadie Farrell, deceased. ·

*George W. Wingate* for appellant.

*Edward J. McGuire, Adrian T. Kiernan* and *James Kearney* for respondents.

Order affirmed, with costs; no opinion.

Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT and CHASE, JJ.; VANN and WILLARD BARTLETT, JJ., concur on the ground that the questions argued by appellant were not raised by exception.